Filed on 5/28/2015 2:05:31 PM

**OFFICE OF STAN STANART**
COUNTY CLERK, HARRIS COUNTY, TEXAS
CIVIL COURTS DEPARTMENT

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/28/2015 2:09:17 PM
CHRISTOPHER A. PRINE
Clerk

May 28, 2015

14th Court of Appeals
301 Fannin
Houston, Texas 77002

## LETTER OF ASSIGNMENT

Trial Court Docket Number: 1061446
Trial Court Number: Four (4)

**Style:**

| FREDA WHITE | VS. | PRIMROSE AT HERITAGE PARK |
| APPELLANT(S) | | APPELLEE(S) |

**Judge:** ROBERTA LLOYD

| **Appellant(s) Attorney:** | **Appellee(s) Attorney:** |
| Freda White, Pro Se | Scott H. Fournier, No. 24085312 |
| 10355 Old Bammel No. 4204 | 3311 Richmond Avenue, Suite 305 |
| Houston, Texas 77086 | Houston, Texas 77098 |
| Phone: N/A | Phone: (713) 622-2111 |
| Fax: N/A | Fax: (713) 622-2119 |
| E-Mail: N/A | E-Mail: scott@cwerenlaw.com |

Freda White, appellant, filed a Notice of Appeal on May 27, 2015 from the Final Judgment that was signed on May 11, 2015.

The Clerk's Record is due to your office on or before June 10, 2015.

/S/Joshua Alegria
Joshua Alegria
Deputy Clerk
P.O. Box 1525
Houston, TX 77251-1525
(713) 755-6421

**1**

**Docket Number: <u>1061446</u>**

| | | |
|---|---|---|
| PRIMROSE at HERITAGE PARK | § | IN THE COUNTY CIVIL COURT |
| vs | § | at LAW NO. FOUR (4) |
| FREDA WHITE | § | HARRIS COUNTY, TEXAS |

FILED 2015 MAY 27 PM 3: 51 COUNTY CLERK HARRIS COUNTY, TEXAS

**MOTION TO APPEAL with PAUPER's AFFIDAVIT**

FREDA BRASHER WHITE, Pro Se Litigant, as Defendant, requests with sincerest intent for Remedy that the Court grant Relief to Defendant for late fees, administartive fees, costs of court fees, attorneys' fees and any & all other and further relief, both general and special, that the Plantiff, with intentional prejudice, may show justily entititled.

FREDA BRASHER WHITE is currently stating Non-Waiver of right to seek Legal Counsel and Representation in this matter at some time in the future.

FREDA BRASHER WHITE, as Defendent for good cause, prays for Relief Judgment against the Plantiff, Primrose at Heritage Park, due to Untimely and Late Notice of Appearance of Councel for Plantiff, Primrose at Heritage Park. Certified Mail signed Receipt with show evidence of this Untimely and Late

Notice.

FREDA BRASHER WHITE, as Defendent for good cause, prays for Relief Judgment against the Plantiff, Primrose at Heritage Park, due to Plantiff and their Counsel Contest of Defendant's Motion for Continuance.

FREDA BRASHER WHITE, as Defendent for good cause, prays for Relief Judgment against the Plantiff, Primrose at Heritage Park, due Plantiff and their Counsel NON-Notice to Defendant, Freda Brasher White, of Default Judgment from May 11, 2015 hearing in County Civil Court at Law No. Four, Harris County, Texas under the above named Docket number.

FREDA BRASHER WHITE, as Defendent for good cause, prays for Relief Judgment against the Plantiff, Primrose at Heritage Park, and their Counsel; That these named parties with prejudice violated Defendant's legal rights under Texas Rules of Civil Procedure 124.

FREDA BRASHER WHITE, as Defendent for good cause, prays for Relief Judgment against the Plantiff, Primrose at Heritage Park, by granting of requested Pauper's Affadivit with Defendant' proven inability to pay, of Attorneys' fees and Plantiff's supplementation of requested relief with May 11, 2015 Default Judgment against this Defendant.

**Docket Number: <u>1061446</u>**

| | | |
|---|---|---|
| PRIMROSE at HERITAGE PARK | § | IN THE COUNTY CIVIL COURT |
| vs | § | at LAW NO. FOUR (4) |
| FREDA WHITE | § | HARRIS COUNTY, TEXAS |

FREDA BRASHER WHITE, for good cause, is filing this Motion while seeking medical treatment and surgical intervention for Li-Fraumeni Syndrome.

Respectfully,

FREDA BRASHER WHITE, Pro Se

10335 Old Bammel N. Houston Road #4204

Houston, Texas 77086

<u>NOTICE</u>: **THIS DOCUMENT CONTAINS SENSITIVE DATA**

*'I verify that the statements made in this document are true and correct."*

_____
Signature

FREDA BRASHER WHITE

4

Printed
Name

10835 OLD Bammel N. Hou Rd
#4204 Houston Tx 77086
Address

281 773 0345
Phone Number (Daytime)

SUBSCRIBED AND SWORN TO BEFORE me
on

this 27th day of May , 20 15 .

PEGGY J WIETING
My Commission Expires
April 28, 2019

NOTARY PUBLIC
STATE OF TEXAS

NOTARY PUBLIC for the State of Texas

5

NO. *106/446*

*PrimRose at Heritage Park* §   *In the County Civil Court*
                                    §
V.                                  §   *at Law No. Four (4)*
                                    §
*Freda White*                       §   *Harris*  COUNTY, TEXAS

### DEFENDANT'S PAUPER'S AFFIDAVIT FOR APPEAL

STATE OF TEXAS                      §   *Honorable Roberta Lloyd,*
                                    §
COUNTY OF *Harris*                  §   *Presiding Judge*

BEFORE ME, the undersigned authority, on this day personally appeared
*Freda Brasher White* who, being by me duly sworn, on oath stated:

"My name is *Freda Brasher White* and I am a tenant of the premises which is the subject of this suit. I wish to appeal the judgment of this court pursuant to Rule 749a of the Texas Rules of Civil Procedure and Section 24.0052 of the Texas Property Code. My income, property, monthly expenses, debts, and dependents are described below:

| **AVAILABLE INCOME** | **Monthly Amount** | **Nature (Source or Description)** |
|---|---|---|
| a) Net Employment: | $ —0— | |
| b) Spouse Income (available to me): | $ —0— | |
| c) TANF Income: | $ —0— | |
| d) SSI/SSDI Income: | $ 812.00 | *SSDI* |
| e) Other Income | $ 1059.00 | *Liberty Mutual Trust SIBs* |

**PROPERTY**
a) Vehicles (make/yr)   —0—   Appx Balance of Vehicle Loan: $ —0—
                         —0—   Appx Balance of Vehicle Loan: $ —0—

b) Checking Account: $ 2.54 Savings Account: $ 0 Cash: $ 17.83

c) Other real or personal property (excluding household furnishing, clothes, tools of a trade, and personal effects): *NONE* —0—

1 of 1

**6**

## MONTHLY EXPENSES

Rent (tenant portion): _702.⁰⁰_          Food: _300.⁰⁰_

Car Payment: _-0-_          Child Care/Support: _-0-_

Transportation: _200.⁰⁰_          Medical/Dental: _150.⁰⁰_

Insurance: _96⁰⁰_          Utilities: _350.⁰⁰_

Clothing/Laundry: _50.⁰⁰_          Appliance/Furniture: _-0-_

## DEBTS (Total Owed)

Child Support: _-0-_          Other: _____

Credit Card: _2300.⁰⁰_          Other: _____

Payday Loan: _-0-_          Other: _____

## DEPENDENTS          Age          Residential Address

Spouse          _N/A_          _Apt #4204_

Child  1          _N/A_          _OLD Bammel N. Hou Rd_

Child  2          _          Houston TX 77086_

Child  3

Child  4

Other

I am unable to pay any part of the costs of appeal, file an appeal bond, or give security for appeal because of my financial condition. I verify that the statements made in this affidavit are true and correct."

_Freda Brasher White_
Signature

_FREDA BRASHER WHITE_
Printed Name

_10335 OLD Bammel N. Hou Rd
Apt 4204 Houston 77086_
Address

_(281) 773 0345_
Phone Number (Daytime)

SUBSCRIBED AND SWORN TO BEFORE me on this _27_ day of _MAY_, 20_15_.

_Peggy J. Wieting_

NOTARY PUBLIC for the State of Texas

PEGGY J WIETING
My Commission Expires
April 28, 2019
NOTARY PUBLIC
STATE OF TEXAS

2 of 2

7

NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA.

Cause Number: _106/446_

*(The Clerk's office will fill in the Cause Number when you file this form.)*

Petitioner/
Plaintiff _PrimRose @ Heritage Park Apartments_

In the:
_Law No 4_
Court Number
☐ District Court
☒ County Court at Law
☐ Justice of the Peace

_Honorable Roberta Lloyd, Presiding Judge_

Respondent/
Defendant _FREDA BRASHER WHITE HARRIS_ County, Texas

## Unsworn Declaration of Indigency

1. I am filing this Unsworn Declaration of Indigency in place of an Affidavit of Indigency as allowed by Section 132.001 of the Texas Civil Practices and Remedies Code.

2. I am unable to pay court costs. I declare under penalty of perjury that the statements made in this Unsworn Declaration of Indigency are true and correct.

3. My name is: _FREDA_ _BRASHER_ _WHITE_.
   First _____ Middle _____ Last

   My date of birth is: _01_ / _11_ / _1955_.
   Month _____ Day _____ Year

   My address is: _Apt #4204, 10335 Old Bammel N. Houston Rd_ . _Houston_ _TX 77086_ _USA_
   Street Address _____ City _____ State _____ Zip _____ Country

   My email address is: _Wh.Country55@gmail.com_ .

4. **Government Entitlements** *(Check one.)*

   ☐ I do not currently receive any government entitlements based on indigency *(poverty)*.

   ☒ I currently receive the following government entitlements based on indigency *(poverty)*:
   Government entitlements based on indigency include but are not limited to: Food Stamps/SNAP, TANF, SSI, Medicaid, WIC Chip, AABD, Needs-based VA Pension, Public Housing, County Assistance, County Health Care, General Assistance, LIS in Medicare ("Extra Help"), Community Care via DADS, Low-Income Energy Assistance, Emergency Assistance, Child Care Assistance under Child Care and Development Block Grant.

   List all government entitlements based on indigency received by you or your dependents and the dollar amount of the benefit if applicable. Attach proof of the government entitlements received to this form.

| Name of Public Benefit | Person Getting the Benefit | Dollar Amount |
|---|---|---|
| Medicare QMB Extra Help | | |
| SNAP | Self | $ 116.00 |
| Northwest Assist Ministries and Houston Food Bank | Self | $ 200.00 |
| Lifeline and Lite Up Texas | Self | $ 35.00 |
| Comprehensive Energy Assistance Program | Self | 83.33 |

5. **Income**

   a. My net monthly income from employment *(after taxes)* is: $ _-0-_
      or ☒ I am not currently employed or self-employed.

   b. My spouse's net monthly income *(after taxes)* is: $ _No Spouse_
      or ☒ I am not married. or ☐ My spouse's income is not available to me.   *Not Applicable*

   c. All other income I receive is listed below: *List the source of income (i.e. unemployment, retirement social security, interest, dividends, child support, spousal support) and the monthly amount you receive.*

   _Liberty Mutual Supplemental Income Benefit_ $ _1059.00_
   _Social Security Disability Income_ $ _812.00_
   _____ $ _____

© TexasLawHelp.org, *Declaration of Indigency*, December 2014
Texas Rules of Civil Procedure, Rule 145 and Texas Civil Practice & Remedies Code, Rule 132.001

Page 1 of 2

**8**

6. **Dependents** – The people who depend on me financially are listed below:

| Name | Age | Relationship to Me |
|---|---|---|
| SELF – FREDA BRASHER WHITE | 60 | Self |

7. **Property** – I own the following property:

*List the property and its value - the amount the property would sell for less the amount you still owe on it. If there is no property in a particular category, write none.*

<u>Bank Accounts</u> *(list bank, type of account and amount of $ in account)*

CHASE BANK Checking Acct    $ 2.94
    $

<u>Vehicles</u> *(list make and year)*

None    $
    $

<u>Real Estate – House or Land</u> *(do not list the house you live in)*

None    $
    $

<u>Other Property of Value</u> *(like boats, jewelry, stocks, etc.)*

Misc Household, Clothing, Costume Jewelry    $ 2500.00
TV, Computers, Printers    $
Furniture    $ 1500.00

8. **Monthly Expenses** – I have the following monthly expenses:

| | | | |
|---|---|---|---|
| Rent / Mortgage Late Fees | $ 752.00 | Insurance (auto, life, health, etc.) | $ 95.45 |
| Food | $ 116.00 | Vehicle payments | $ -0- |
| Utilities (electric/gas) | $ 200.00 | Gas, bus fare, auto repair | $ 100.00 |
| Telephone | $ 15.00 | Child support / spousal support | $ -0- |
| Clothing and laundry | $ 50.00 | Other expenses/debts: (describe) | $ |
| Medical, dental expenses | $ 60.00 | CREDit Cards (6) | $ 350.00 |
| Child care, school tuition | $ -0- | | $ |
| Household supplies | $ 50.00 | | $ |

Total monthly expenses:   $ 1763.45

9. **Additional Information**

*List any other facts you want the court to know, such as unusual medical expenses, family emergencies, etc.*

New Diagnosed Li-Fraumeni Syndrome
Multiple Surgeries Pending

10. **Formally signed under penalty of perjury** in HARRIS County, Texas on this date: 05 / 07 , 2015

*Freda Brasher White*
**Your Signature**

© TexasLawHelp.org – *Declaration of Indigency*, December 2014                    Page 2 of 2
Texas Rules of Civil Procedure, Rule 145 and Texas Civil Practice & Remedies Code, Rule 132.001

## Certificate of Service

I will give a copy of this document to the Plaintiff's attorney or the Plaintiff (if the Plaintiff does not have an attorney) on the same day this document is filed with (turned in to) the Court as follows:

*If I file this document electronically,* I will send a copy of it to the Plaintiff or the Plaintiff's attorney through the electronic file manager if possible. If not possible, I will give a copy to the Plaintiff or the Plaintiff's attorney in person, by mail, by commercial delivery service, by fax, or by email.

*If I file a paper copy of this document,* I will give a copy of it to the Plaintiff or the Plaintiff's attorney in person, by mail, by commercial delivery service, by fax, or by email.

_Freda Brasher White_     _5/22/15_
Defendant's Signature        Date

**Before filling out this form, read the Answer Information Sheet at www.TexasLawHelp.org.**

PRIMROSE at HERITAGE PARK

Vs

FREDA WHITE

In the County Civil Court

at Law No. Four (4)

Harris County, Texas

HONORABLE ROBERTA LLOYD, Presiding Judge

**Docket Number: <u>1061446</u>**

<u>**Certificate of Service**</u>

I, Freda Brasher White, Pro Se Litigant, do certify that a true copy of this Motion for Appeal was or will be served on Counsel for Plantiff PrimRose at Heritage Park Apartments, Attorneys of The Cweren Law Firm including Brian P. Cweren, Scott H. Fournier, and/or the appointed representative by FAX DELIVERY and via U.S. Postal Service 1st Class Mail in accordance with the Texas Rules of Civil Procedure on May 27th, 2015.

Respondent

FREDA BRASHER WHITE, Pro Se

10335 Old Bammel N. Houston Rd, #4204

Houston, Texas 77086

**11**

PRIMROSE at HERITAGE PARK

Vs

FREDA WHITE

In the County Civil Court

at Law No. Four (4)

Harris County, Texas

HONORABLE ROBERTA LLOYD, Presiding Judge

## Docket Number: <u>1061446</u>

## <u>Certificate of Service</u>

I, Freda Brasher White, Pro Se Litigant, do certify that a true copy of this Motion for Revocation of Writ of Possession was or will be served on Counsel for Plantiff PrimRose at Heritage Park Apartments, Attorneys of The Cweren Law Firm including Brian P. Cweren, Scott H. Fournier, and/or the appointed representative by FAX DELIVERY and via U.S. Postal Service 1st Class Mail in accordance with the Texas Rules of Civil Procedure on May 27th, 2015.

Respondent

FREDA BRASHER WHITE, Pro Se

10335 Old Bammel N. Houston Rd, #4204

Houston, Texas 77086

**12**

PRIMROSE at HERITAGE PARK

vs

FREDA WHITE

In the County Civil Court

at Law No. Four (4)

Harris County, Texas

HONORABLE ROBERTA LLOYD, Presiding Judge

**Docket Number: <u>1061446</u>**

<u>**Certificate of Service**</u>

I, Freda Brasher White, Pro Se Litigant, do certify that a true copy of this Motion for Revocation of Writ of Possession was or will be served on PrimRose at Heritage Park Apartments, Manager Blanca Munoz, Assistant Manager Sylvia Espinoza, and/or the appointed representative by HAND DELIVERY at the onsite office location for afore mentioned apartment complex at 10335 Old Bammel North Houston Road, Houston, Texas, 77086 in accordance with the Texas Rules of Civil Procedure on May 27th, 2015.

Respondent

FREDA BRASHER WHITE, Pro Se

10335 Old Bammel N. Houston Rd, #4204

Houston, Texas 77086

**13**

PRIMROSE at HERITAGE PARK

vs

FREDA WHITE

In the County Civil Court

at Law No. Four (4)

Harris County, Texas

HONORABLE ROBERTA LLOYD, Presiding Judge

**Docket Number: <u>1061446</u>**

**<u>Certificate of Service</u>**

I, Freda Brasher White, Pro Se Litigant, do certify that a true copy of this Motion for Paupers Affadavit

was or will be served on PrimRose at Heritage Park Apartments, Manager Blanca Munoz, Assistant

Manager Sylvia Espinoza, and/or the appointed representative by HAND DELIVERY at the onsite office

location for afore mentioned apartment complex at 10335 Old Bammel North Houston Road,

Houston, Texas, 77086 in accordance with the Texas Rules of Civil Procedure on May 27th, 2015.

Respondent

FREDA BRASHER WHITE, Pro Se

10335 Old Bammel N. Houston Rd, #4204

Houston, Texas 77086

**14**

PRIMROSE at HERITAGE PARK

vs

FREDA WHITE

HONORABLE ROBERTA LLOYD, Presiding Judge

In the County Civil Court

at Law No. Four (4)

Harris County, Texas

**Docket Number: <u>1061446</u>**

**<u>Certificate of Service</u>**

I, Freda Brasher White, Pro Se Litigant, do certify that a true copy of this Motion for Paupers Affadavit

was or will be served on Counsel for Plantiff, PrimRose at Heritage Park Apartments, Attorneys of The

Cweren Law Firm including Brian P. Cweren, Scott H. Fournier, and/or the appointed representative by

FAX DELIVERY and via U.S. Postal Service 1st Class Mail in accordance with the Texas Rules of Civil

Procedure on May 27th, 2015.

Respondent

FREDA BRASHER WHITE, Pro Se

10335 Old Bammel N. Houston Rd, #4204

Houston, Texas 77086

**"CLOSED"**

CAUSE NO. 1061446

| | | |
|---|---|---|
| PRIMROSE AT HERITAGE PARK | § | IN THE COUNTY CIVIL COURT |
| | § | |
| | § | |
| VS. | § | AT LAW NUMBER FOUR (4) |
| | § | |
| FREDA WHITE AND ALL | § | |
| OTHER OCCUPANTS | § | HARRIS COUNTY, TEXAS |

## DEFAULT JUDGMENT

BE IT REMEMBERED that on this day came on to be heard the above-entitled and numbered cause and Plaintiff PRIMROSE AT HERITAGE PARK ("Plaintiff") appeared before the Court and announced ready for trial. Defendant FREDA WHITE and All Other Occupants (collectively referred to as "Defendant") failed to appear and wholly made default at the time of trial.

The Court, after considering the pleadings on file, the evidence presented at trial and the arguments of the parties, is of the opinion and finds that: (1) Plaintiff is the owner and landlord of and the Defendant is the tenant of the residential leased premises located within County Civil Court at Law Number Four (4), of Harris County, Texas at 10335 Old Bammel North Houston Road, Apartment Number 4204, Houston, Harris County, Texas 77086, ("Leased Premises"); (2) Plaintiff terminated the Defendant's right to occupy the Leased Premises; (3) Plaintiff made written demand upon the Defendant and all occupants of the Leased Premises to vacate same, which demand was received by the Defendant as required by law; (4) the Defendant is thereby guilty of forcible detainer; (5) Plaintiff is entitled to immediate possession of the Leased Premises from the Defendant and all occupants of the Leased Premises; (6) Plaintiff is entitled to recover any and all past due rental amounts due from the Defendant and all occupants of the Leased Premises; (7) Plaintiff is entitled to recover its costs of court from the Defendant and all

1

16

occupants of the Leased Premises; and (8) Plaintiff is entitled to recover its attorneys' fees and litigation costs necessary and reasonably incurred by the prosecution of this cause of action from the Defendant and all occupants of the Leased Premises. It is therefore,

ORDERED, ADJUDGED and DECREED that Plaintiff PRIMROSE AT HERITAGE PARK shall be and hereby is awarded possession on or after _May 18_, 2015, of the Leased Premises located at 10335 Old Bammel North Houston Road, Apartment Number 4204, Houston, Harris County, Texas 77086, from FREDA WHITE and All Other Occupants, jointly and severally; it is, further

~~ORDERED, ADJUDGED and DECREED that Plaintiff PRIMROSE AT HERITAGE PARK shall be and hereby is entitled to immediately obtain a Writ of Possession and immediate enforcement of this Judgment,~~ pursuant to the terms of the Lease and ~~Texas law; it is, further,~~

ORDERED, ADJUDGED and DECREED that Defendant FREDA WHITE shall pay to Plaintiff PRIMROSE AT HERITAGE PARK $ _3,057.10_ in past due rental amounts properly due and owing Plaintiff PRIMROSE AT HERITAGE PARK pursuant to the terms of the Lease, with interest thereon at the rate of five (5%) percent per annum from the date of this Judgment until paid; it is, further,

ORDERED, ADJUDGED and DECREED that Defendant FREDA WHITE shall pay to Plaintiff PRIMROSE AT HERITAGE PARK all its costs of court, together with post-judgment interest thereon at the rate of five (5%) percent per annum from the date of this Judgment until paid; it is, further,

ORDERED, ADJUDGED and DECREED that Defendant FREDA WHITE shall pay to the Plaintiff PRIMROSE AT HERITAGE PARK $ _1,200.00_ in attorneys' fees and litigation costs necessary and reasonably incurred by the prosecution of this cause of action, pursuant to the terms of the lease, with interest thereon at the rate of five (5%) percent per

2

annum from the date of this Judgment until paid; it is further,

ORDERED, ADJUDGED and DECREED that Plaintiff PRIMROSE AT HERITAGE PARK shall have and recover from Defendant FREDA WHITE additional attorneys' fees in the following amounts: $7,500.00 in the event of an unsuccessful appeal by Defendant FREDA WHITE to the Court of Appeals; an additional $7,500.00 for making or responding to an unsuccessful petition for review to the Supreme Court of Texas; and an additional $7,500.00 if the petition for review is granted by the Supreme Court of Texas. Interest on said sum for attorneys' fees shall accrue at the rate of five percent (5%) per annum from the date of this Judgment until paid; it is further,

ORDERED, ADJUDGED and DECREED that in the event of an appeal of this Judgment, Defendant FREDA WHITE's supersedeas bond is hereby set at ten (10) times the market rent for Defendant's apartment, in the amount of $ __7,020.00__ and shall be posted within ten (10) days of the date of this Judgment in the form of cash, cashier's check, or by and through a corporate surety licensed for such purposes and doing business in the State of Texas; and,

This judgment finally disposes of all claims and all parties and is appealable.

SIGNED on this __11__ day of May, 2015.

_____
JUDGE PRESIDING

3

APPROVED AND ENTRY REQUESTED:

THE CWEREN LAW FIRM

Brian P. Cweren
State Bar No. 24001956
Scott H. Fournier
State Bar No. 24085312
3311 Richmond, Suite 305
Houston, Texas 77098
Telephone:     (713) 622-2111
Facsimile:     (713) 622-2119
bcweren@cwerenlaw.com
scott@cwerenlaw.com

**ATTORNEYS FOR PLAINTIFF,
PRIMROSE AT HERITAGE PARK**

**RECORDER'S MEMORANDUM:**
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blockouts, additions and changes were present at the time the instrument was filed and recorded.

4

19